R

Andrew Goosby JR. (Full Name)   Andrew Goosby J.R.
Plaintiff in Pro Per (Address Line 1)  P.O. Box 711064
_____ (Address Line 2)  Los Angeles CA 90071
_____ (Phone Number) (213) 377-8408

2018 JUN -4  PM 12: 02

FILED

Plaintiff in Pro Per

Related DOJ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Andrew Goosby, JR        )   Case No. CV 18-04949-SVW(FFm)
                         )                (To be supplied by the Clerk)
       **Plaintiff,**     )
                         )   **Civil Rights Complaint Pursuant to**
     **vs.**              )   **42 U.S.C. § 1983 (non-prisoners)**
Octa PHARMA PlASMA Inc    )
DEPARtment of Fair        )   **Jury Trial Demanded:** ☒ Yes   ☐ No
Employment and Housing    )   Civil Action For [42 USC
and EmployEE              )   1983] deprivation of Right
                         )   [42 USC 2000(A) Prohibition
       **Defendant(s).**  )   Against discrimination.
                         )   [42 USC. 2000(d) Violation of
                         )   Civil Rights Act of 1964

(All paragraphs and pages must be numbered.)

Violation of
Fourth Amendment RSM-1 to due
Process

## I. JURISDICTION

1.   This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983. Violation of [42 U.S.C. 1983] Civil Action For deprivation Rights and [42 USC 2000(A)] discrimination in Public Accommodation

## II. VENUE

2.   Venue is proper pursuant to 28 U.S.C. § 1391 because All Civil Action Case under [42 U.S.C. 1983] deprivation of Rights. and [42 USC 2000(A) Prohibition Against discrimination is Proper in this Court

Pro Se Clinic Form                    *Page Number*

**POS-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>AndREW GoosLoy JR. Pro-Pen<br><br>TELEPHONE NO.:      FAX NO. *(Optional):*<br>E–MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name)* AndRew Goosby JR<br>~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ UNited State District<br>STREET ADDRESS:   Court CENTRAL District<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | FOR COURT USE ONLY |
| PLAINTIFF/PETITIONER: AndRew Goosby JR.<br>DEFENDANT/RESPONDENT: Octa PHARMA PlasmA FWC.<br>~~D.F E H Employee~~ | CASE NUMBER: |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*

   OCtA PHARMA PlasmA FWC.
   Address 6454 Van Nuys Blvd
   Van Nuy CA. 91401
   DEPantment of FAin Employment and
   Housing Address 2218 KAuSew Drive Elk Grove

3. a. Party served *(specify name of party as shown on documents served):* OCtAPHARMA PlasmA F.W.C.
   Department of Fair Employment and Housing
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   OCtAPHARMA PlasmA FWC. Public Entity
4. Address where the party was served: D.F.E.H. is A Public Entity

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*      (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

       (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

       (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

       (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

       (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.

       (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com

PLAINTIFF/PETITIONER: AndRew Goosby JR.

CASE NUMBER:

DEFENDANT/RESPONDENT: Octa PHARMA PLASMA I.NC  DEPaRtment of fAiR Employment awd HousiwS

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date)*:

(2) from *(city)*:

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.  D.F.E H· awd
   d. ☒ On behalf of *(specify):* OCta PHARMA
      under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)
   ☐ 416.20 (defunct corporation)
   ☐ 416.30 (joint stock company/association)
   ☐ 416.40 (association or partnership)
   ☒ 416.50 (public entity) D·F·E·H·  OCtaPHARMA INC.

   ☐ 415.95 (business organization, form unknown)
   ☐ 416.60 (minor)
   ☐ 416.70 (ward or conservatee)
   ☐ 416.90 (authorized person)
   ☐ 415.46 (occupant)
   ☐ other:

7. **Person who served papers**
   a. Name:
   b. Address:
   c. Telephone number:
   d. **The fee** for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☐ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE )

_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Page 2 of 2

COMPLAINT FILE WITH D.F.E.H.

LL

ON MAY /20/2017 AT 1:17 PM ON 5/22/2017 A PERSON ON THE BUS TOLD MR. GOOSBY JR. ABOUT THE OCTAPHARMA PLAMA I.N.C. CENTER SO GOOSBY IS A BLACK MAN WENT TO THE LOCATION TO INQUIRE INFORMATION TO GIVE PLASMA TO HELP OUT SICK NEEDY PEOPLE WHEN MR. GOOSBY ARRIVED AT THE LOCATION HE TALK WITH A ASIAN EMPLOYEE A WOMEN AND WAS TOLD MR. GOOSBY NEED A SOCIAL SECURITY CARD AND A DRVER LICENSE AND A HOUSE LEASE TO GIVE PLASMA AND A LETTER TO PROVE RESIDENCE SHE THE ASIAN FEMALE ON DUTY REFUSE TO ACCOMMODATE MR. GOOSBY ON THE GROUNDS OF CLAIMING MR. GOOSBY IS A HOMELESS PERSON RACIAL PROFILING MR.GOOSBY AND WAS TOLD BY ASIAN EMPLOYEE OCTAPHARMA PLASMA I.N.C. POLICY IS TO DENIED HOMELESS PEOPLE THIS IS A VIOLATOIN OF THE STATE UNRUH ACT DISCRIMANATION IN A PUBLIC ACCOMADATION PLACE. MR. GOOSBY MADE ANOTHER VISIT TO SEE IF HE CAN DONATE GIVE PLASMA ON 5/22/2017 AT THAT TIME THAT DAY A CAUCASIAN MANAGER WAS ON DUTY AND A MEXICAN FEMALE EMPLOYEE MR.GOOSBY TALK WITH THE BOTH ABOUT WHAT HAPPEN ON 5/20/2017 ABOUT THE DISSCRIMINATION MR. GOOSBY WAS TOLD BY THE BOTH MANAGER CAUCASIAN WHITE MAN AND MEXICAN FEMALE EMPLOYEE THAT OCTAPHARMA PLASMA I.N.C. POLICY STATE THEY HAVE THE RIGHT TO DISCRIMINATED AGAINST THE HOMELESS.THIS IS A VIOLATION OF UNRUH CIVIL RIGHTS ACT[ CA.CIVIL CODE SECTION 51]VIOLATION OF STATE CIVIL RIGHTS PUBLIC ACCOMMODATION THIS LAW APPLIES TO ALL BUSINESS.MR. GOOSBY IS A BLACK MAN ON 5/23/2017 MR. GOOSBY FILE A COMPLAINT WITH



THE D.F.E.H. UNDER THE UNRUH STATE CIVIL RIGHTS PUBLIC ACCOMMODATION. LAW SHE MS. WASHINGTON SENT OUT A LETTER IN VIOLATION OF MR .GOOSBY CIVIL RIGTHS VIOLATION OF THE D.F.E.H. COMPLAINT PROCESS MS. WONG REGIONAL ADMINISTRATOR DIDN'T TAKE DISCIPLINARY ACTION ON WASHINGTON SENTING A LETTER CLOSING MR. GOOSBY CASE IN VIOLATION OF PERFORMANCE OF THE EMPLOYEE OFFICIAL DUTY MS. WASHINGTON AND COWORKER COMMITED WILLFUL OMISSION AND GROSS MISCONDUCT IN MR. GOOSBY PUBLIC ACCOMMODATION CASE .STATE LAW A PIECE OF CA. LEGISLATION THAT SPECIFICALLY OUT LAWS DISCRIMINATION IN PUBLIC ACCOMMODATION PLACES LIKE OCTAPHARMA PLASMA.I.N.C. MR. GOOSBY WAS A VICTIM OF DISCRIMINATORY PRACTICE BY EMPLOYEE AT OCTAPHARMA PLASMA [695 F.SUPP.2d1014]-[58F.SUPP3d332] [982F.SUPP.2d32] WISHINGTON DIDN'T GO BY THE D.F.E.H. REGULATION PROCEDURES PROCESS VIOLATION OF  GOOSBY DUE PROCESS FORTEENTH AMENDMENT RIGHTS PRIVILEGES PROTECTED CONSPIRACIES TO DEPRIVE  GOOSBY OF THE EQUAL PROTECTION LAW CITE[ 408 U.S.88] VIOLATION OF CA. CODE OF REGULATION (TITIE 2 SECTION 10003.)-10006) CITE SAFEGUARD THE CIVIL RIGHTS OF ALL PERSON MS. WISHINGTON IN VIOLATION OF GOOSBY CIVIL RIGHTS  AS WELL AS VIOLATION OF CA. STATE CIVIL SEVICE ACT GOVERNMENT CODE (19682-19683.5)CITE TWITTY VS VOGEU THEATRE CORP. [242F.SUPP.281]1965 .THE MISSION OF THE D.F.E.H. TO PROTECT CA. CITIZENS PUBLIC ACCOMADATION RIGHTS SHE IN VIOLATION SENTING OUT LETTER[ 42U.S.C.A.1985]STATE CONSPIRACY TO INTERFERE WITH GOOSBY CIVIL RIGHTS



By the employee Ms. Washington as well as D.F.E.H. violation of D.F.E.H procedure and process to send plaintiff a complaint to sign so D.f.EH. Can serve the responded in a civil rights violation under the state unruh act. The D.F.E.H. transferred mr.goosby case to northern ca. out the jurisdiction where the civil rights. discrimination violation happen the violation happen in la. County the outcome show problem have not been resolved mr. goosby was not brief about ( 1)mediation procedural (2) conciliation two parties together to reach a compromise violation of the unruh civil act based on race mr. goosby is a black man u.s. citizen the employee who discriminated against goosby is different race (1) Whiteman manager (2) Asian women employee (3)Mexican women employee this is a violation of the unruh[ civil rights act civ. Code 51] ms.wishington violation of[ ca. code of regulation title 2].I stated to D.F.E.H. in my complaint the employee claims that they policy is to denied homeless person the policy is for everyone not just mr.goosby. she Ms. Washington misunderstood mr. goosby complaint file on 5/23/2017 Ms. Washington and D.F.E.H.in violation of sending out a letter without authority closing goosby civil rights case mr. goosby approach Ms. Rice on the phone about the matter she told goosby she don't know about a closing his case that his case is open not close. Washington sending out a confusing letter manipulating letter claiming goosby didn't state that they said they policy was for everyone but him she turning the complaint file on 5/23/2017 to violation of my (1 )civil rights( 2)rights to due process (3) constitutional rights. She Washington a so call investigator for D.F.EH. misunderstood mr. goosby complaint she lie an intentionally false statement in the performance of her duty. The fact is Ms. Washington can't justify her action in this case violation of state law as well as federal ▬▬▬▬▬



IN VIOLATION OF MR GOOSBY CIVIL RIGHTS CONSTITUTIONAL RIGHTS

1964 civil right act law

MR.GOOSBY IS SEEKING DAMAGES from D.f.E.H.

(1)RECOVERY OUT OF POCKET LOSSES

(2 AN INJUNCTION PROHIBITING THE UN LAWFUL PRACTICE OF D.F.E.H.

(3DAMAGES FOR EMOTIONAL DISTRESS

(4 injunctive relief is also available under [civ.code 52(c)

(5 VIOLATION FOR D.F.E.H. FOR NOT MANDATORY MEDIATION IN THIS CASE VIOLATION UNDER STATUTORY MINIMUM DAMAGE UNRUH ACT PLAINTIFF MUST ONLY SHOW THAT HE WAS DENIED FULL AND EQUAL ACCESS TO ACCOMMODATION [CA.CIVIL CODE 51(b)

UNDER THE STATUTE MEANING  1 compensatory damages 2 general damages for emotional distress damages cite boemio vs loves restaurant [954 f. sup.204-208)minimum damages up to 4,000.00 thousand dollars each and every offense civil code section 52(a)liabity each offense. Under ca. unruh civil right act permits the recovery of (1) monetary damage actual and treble damages and statutory damages of 4,000.00 thousand dollars per violation under [ca. civil code 52] plaintiff need only show that he was denied full and equal access to public accommodation can recover statutory damages even if he did not enter the facility [ca. civ code 52(a)[ ca. civil code 51 ]state this law applies to all businesses.



CONCLUSION

### III. PARTIES

3. Plaintiff _Andrew Goosby Jr_ resides at:
(your full name)

_____

_____.
(your address)

(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4. Defendant _Octapharma Plasma I.N.C._ works at
(full name of Defendant)

_6454 Van Nuys Blvd Suite 100 Van Nuys CA._
(Defendant's place of work)
_zip 91401_

Defendant's title or position is _Manager and Employee_.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity   ☑ official capacity

This Defendant was acting under color of law because: _in Violation of_
_the law deprivation of Rights [42 U.S.C. 1983]_
_[42 U.S.C. 2000(A) Prohibition Against discrimination]_

5. Defendant _Ms Tiffany Washington_ works at
(full name of Defendant)

_2218 Kausen Drive Suite 100 Elk Grove CA. zip_
(Defendant's place of work)
_95758_

Defendant's title or position is _D.F.E.H. Consultant_ ←.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity   ☑ official capacity

This Defendant was acting under color of law because: _in Violation of_
_[42 U.S.C. deprivation of Rights [42 U.S.C. 1983]_

Pro Se Clinic Form                    _Page Number_

___. Defendant Ms. KAReN Rice _____ works at

*Insert ¶ #*   *(full name of Defendant)*

2218 KAUSeN DRiVe Suite 100 ElK GRoVE CA.

*(Defendant's place of work)*

Zip 95758

Defendant's title or position is D.F.E.H. SupeRViSoR <<

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because iN ViolatioN of

of [42 USC. depRiVation of Rights [42 USC 1983]

___. Defendant MS SElENA WoNg _____ works at

*Insert ¶ #*   *(full name of Defendant)*

*(Defendant's place of work)*

Defendant's title or position is D.F.E.H. RegioNAl AdmiNistRAtoR

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because iN ViolatioN of

[42 USC depRiVation of Rights [42 USC 1983]

Pro Se Clinic Form                    *Page Number*

## V. CLAIMS

### Claim #1

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
*Insert ¶ #* federal constitutional or statutory civil right:

Plaintiff stating A Civil Rights Claiming under [42 U.S.C. 2000(A) Prohibition Against discrimination or Segration in Places of Public Accommodation [42 U.S.C. 1983] Civil Action For deprivation of Rights. A Victim of Racial discrimination [42 U.S.C 2000d)

___. The above civil right was violated by the following Defendants:
*Insert ¶ #*

① Octapharma Plasma I.N.C. Manager and Employee. and Department of Fair Employment and Housing Employee. Ms Washington. Ms Rice, Ms Wong

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___. Octapharma Plasma I.N.C. Manager
*Insert ¶ #* and Employee ~~too~~ was different Race Manager was White one female Employee was Mexican one female was Asain Manager as well as Employee in violation of Racial discrimination cite United State VS Vizena [342 F.Supp. 553 1972] Racial discrimination case

___. As a result of the Defendant's violation of the above civil right, Plaintiff
*Insert ¶ #* was harmed in the following way:

Emotional distress Constitutional Rights Violation Compensation under the CA. Civil Code 51-52 Compensation damages

*Page Number*

**Claim #(___)**
*(insert Claim#)*

View L

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

Support Case

UNited State vs ViZENA
Cite as [342 F. Supp. 553] 1972 case

Black vs Bonds
Cite as [308 F. Supp. 774] 1969
McCary vs State of Maryland
Cite as [456 F. 2d] 1972 case
Negligence of State Employee

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

OctaPHARMA PlASMA I.N.C.
Department of fair Employment and Housing
and Employee

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. the Employee of the D.F.E.H. in Violation
*Insert ¶ #*

of Plaintiff Rights ① 42 usc 1983] deprivation
of Plaintiff Rights. Employee of
OctaPHARMA PlASMA I.N.C. in Violation of
[42 usc 2000(A) Prohibition Against discrimination
42 usc 2000(d) Violation of Civil Rights Act of 1964

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:
*Insert ¶ #*

Emotional Harmed
Mental Cruelty
Emotional distress

Pro Se Clinic Form                    *Page Number*

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

*Insert ¶ #*

the Statement of Fact is on the Next Page Complaint

*Insert ¶ #*

*Insert ¶ #*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶ #*

For Relief For the Violation of OctaPHARMA Plasa I.N.C.

*Insert ¶ #*

and D.F.E.H. Violation of the Civil Rights Act State

*Insert ¶ #*

and Federal law [42 USC 1983] UNRuH State AG section [51-52]

*Insert ¶ #*

Dated: _____

Sign: _____

Print Name: _____

_____

Pro Se Clinic Form                    *Page Number*

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 6/4/2018

Sign: *[signature]*

Print Name: ANDREW GOOSBY JR

Pro Se Clinic Form

*Page Number*